KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HASSAN SWAID, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, Thomas Ridge; US ATTORNEY GENERAL, John Ashcroft; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Eduardo Aguirre, Jr., Director; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Alfonso Aguilar; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, David Still, District Director, <br><br> Defendants. | No. C 04-5251-MMC <br><br> **STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER** |

   Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, as follows:

   1. The plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services ("USCIS") on January 27, 2003.

   2. The plaintiff was interviewed on his application for naturalization on October 20, 2003, but the application has not been adjudicated because the FBI is conducting a required name check.

STIPULATION
C 04-5251-MMC                         1

1    3. On December 10, 2004, the plaintiff filed an action under 8 U.S.C. § 1447(b) seeking a hearing on his application for naturalization.

4. At the Case Management Conference held on April 15, 2005, this court set an evidentiary hearing date for August 12, 2005. This Court further directed that the plaintiff's opening brief will be due by July 8, 2005, the defendants' opposition will be due by July 22, 2005, and the plaintiff's reply will be due by July 29, 2005.

5. On June 29, 2005, counsel for the defendants was informed by the FBI that the FBI had completed its review and that the results would be forwarded to the USCIS.

6. The plaintiff is scheduled to be in Lebanon until August 8, 2005, and will be unavailable to be deposed until that date.

7. In light of these developments, the parties respectfully request that this Court modify its April 15, 2005 scheduling order by moving the dates in this case as follows:

Plaintiff's Motion:         July 29, 2005

Defendants' Opposition:     August 12, 2005

Plaintiff's Reply:          August 19, 20005

Evidentiary Hearing:        September 2, 2005

The parties further request an extension of the fact discovery date until August 12, 2005.


Date: July 1, 2005                          Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney



                                             /s/
                                            EDWARD A. OLSEN[1]
                                            Assistant United States Attorney
                                            Attorneys for Defendants

---

[1] I, Edward A. Olsen, attest that both Attorney Lieberman and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION
C 04-5251-MMC                               2

1
2
3
4
5
Date: July 1, 2004                                          /s/
6                                                    RUBY LIEBERMAN
                                                     Attorney for Plaintiff
7
8
9
10                                       **ORDER**
11     Pursuant to stipulation, IT IS SO ORDERED.
12
13
Date:  July 5, 2005
14 
15                                                     District Judge
16

STIPULATION
C 04-5251-MMC                              3