1  Ruby Lieberman, CSBN 154304
   Law Office of Ruby Lieberman
2  369 Pine Street, #725
   San Francisco, CA 94104
3
   Telephone: 415-362-5158
4  Facsimile:  415-693-9411

5  Attorney for Plaintiff

6
                   **UNITED STATES DISTRICT COURT**
7
                 **NORTHERN DISTRICT OF CALIFORNIA**
8
                     **SAN FRANCISCO DIVISION**
9
   HASSAN SWAID                          )   No.  C-04-5251-MMC
10                                        )
                 Plaintiff,               )   STIPULATION TO EXTEND DATES; AND
11                                        )   [PROPOSED] ORDER
        v.                                )
12                                        )
   DEPARTMENT OF HOMELAND                 )
13 SECURITY, THOMAS RIDGE, SECRETARY; )
   US ATTORNEY GENERAL, ALBERTO          )
14 GONZALES; US CITIZENSHIP AND          )
   IMMIGRATION SERVICES, EDUARDO         )
15 AGUIRRE, JR., DIRECTOR; US            )
   CITIZENSHIP AND IMMIGRATION           )
16 SERVICES, ALFONSO AGUILAR, CHIEF;     )
   US CITIZENSHIP AND IMMIGRATION        )
17 SERVICES, DAVID STILL, DISTRICT       )
   DIRECTOR,                             )
18                                        )
                 Defendants.              )
19 _____)

20     Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record,

21 hereby stipulate, subject to the approval of the Court, as follows:

22     1.   The plaintiff filed an application for naturalization with the United States Citizenship and

23 Immigration Services ("USCIS") on January 27, 2003.

24     2.   The plaintiff was interviewed on his application for naturalization on October 20, 2003, at which

25 time his application was retained pending further review.  To date, it has not been adjudicated.

26     3.   On December 10, 2004, the plaintiff filed an action under Immigration and Nationality Act ("INA")

27 § 336(b) (8 U.S.C. § 1447(b)), petitioning the Court for a hearing on his naturalization application.

28     4.   At the Initial Case Management Conference held April 15, 2005, before the Honorable Judge

STIPULATION
Case No. C-04-5251-MMC                                          Page 1

1   Maxine M. Chesney, the defendants represented that the sole reason for the delay in adjudicating the
2   plaintiff's application was that the defendants were waiting for the results of a "FBI name check". The
3   court continued the case until August 12, 2005, for an evidentiary hearing on the plaintiff's application
4   naturalization. The court also set a briefing schedule.

5        5.   On June 28, 2005, counsel for the defendants was informed that the "FBI name check" was
6   complete, and that the results would be forwarded to USCIS, San Francisco. In light of this development,
7   and the fact that the plaintiff was unavailable to be deposed during the remaining discovery period, both
8   parties asked the Court to modify its April 1, 2005 scheduling order.

9        6.   On July 5, 2005, the Court modified its April 15, 2005 scheduling order as follows: Plaintiff's
10  Opening brief is due July 29, 2005, Defendants' Opposition is due August 12, 2005, Plaintiff's Optional
11  Reply is due August 19, 2005, and the Evidentiary Hearing is to be held September 2, 2005. The fact
12  discovery date was extended until August 12, 2005.

13       7.   Counsel for the defendants was informed by the defendants that on July 15, 2005, USCIS, San
14  Francisco, received the report from the FBI regarding its name check of the plaintiff, and that the report
15  was "classified". Counsel for the defendants was informed that Robin Barrett, Chief of the Adjudications
16  Naturalization branch of USCIS San Francisco, reviewed the report and determined that it contained
17  information that might bear on the plaintiff's eligibility for naturalization. Counsel for the defendants was
18  further informed that a final evaluation of the information would have to be performed by a separate USCIS
19  unit in Washington, D.C.

20       8.   The defendants have stated that they expect this final evaluation to be completed within ninety (90)
21  days.

22       9.   Based on the foregoing, the parties respectfully request that the Court modify its July 5, 2005 Order,
23  by moving the dates in this case as follows:

24       Plaintiff's brief:                    November 8, 2005
25       Defendants' Opposition:                November 15, 2005
26       Plaintiff's Optional Reply:            November 22, 2005
27       Evidentiary Hearing:                   December 2, 2005, at 9:00 a.m.
28       No extension is requested of the fact discovery deadline date of August 12, 2005.

STIPULATION
Case No. C-04-5251-MMC                                                                Page 2

1

2                                        Respectfully submitted,

3
                                              /s/
4    Dated: July 29, 2005                 Ruby Lieberman[1/]
                                          Law Office of Ruby Lieberman
5

6
                                          KEVIN V. RYAN
7                                         United States Attorney

8
                                              /s/
9    Dated: July 29, 2005                  Edward A. Olsen
                                          Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____

28    [1/] I, Ruby Lieberman, attest that both I and Edward A. Olsen, Assistant United States Attorney,
      have signed this stipulation and will provide the original upon request.

STIPULATION
Case No. C-04-5251-MMC                                                    Page 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.



Dated: ___August 1, 2005___

_____

MAXINE M. CHESNEY
United States District Judge

STIPULATION
Case No. C-04-5251-MMC

Page 4