KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HASSAN SWAID, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, Thomas Ridge; US ATTORNEY GENERAL, John Ashcroft; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Eduardo Aguirre, Jr., Director; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Alfonso Aguilar; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, David Still, District Director, <br><br> Defendants. | No. C 04-5251-MMC <br><br> [~~PROPOSED~~] ORDER GRANTING EX PARTE MOTION TO VACATE EVIDENTIARY HEARING AND REMAND ACTION TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES FOR DECISION WITHIN THIRTY DAYS ON PLAINTIFF'S APPLICATION FOR NATURALIZATION <br><br> (Docket No. 15) |

This matter came before the Court on the defendants' *ex parte* motion to vacate the evidentiary hearing in the above-captioned case and to remand the matter to the United States Citizenship and Immigration Services (USCIS) with instructions to adjudicate the plaintiff's application for naturalization within thirty (30) days.

For the reason stated in the defendants' motion, this Court hereby vacates the evidentiary hearing date of December 2, 2005, and remands the matter to the USCIS with instructions to

PROPOSED ORDER
C 04-5251-MMC                                    1

1 | adjudicate the plaintiff's naturalization application within 30 days.
2 |     The Clerk shall close the file.
3 |     IT IS SO ORDERED.

Dated: November 30 , 2005

_____
MAXINE M. CHESNEY
United States District Judge

PROPOSED ORDER
C 04-5251-MMC                         2